**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7263**

———————————

JENNIFER D. THACKER,

                              Petitioner - Appellant,

        versus

L. A. THORTON, Correctional Officer,

                              Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-98-439)

———————————

Submitted:  October 30, 1998        Decided:  December 23, 1998

———————————

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Jennifer D. Thacker, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jennifer D. Thacker appeals from the district court's order dismissing without prejudice her 42 U.S.C.A. § 1983 (West 1994 & Supp. 1998) complaint. The district court dismissed Thacker's complaint without prejudice for failure to either pay the statutory filing fee for the complaint or to return the "consent to collection of fees" form required to qualify for in forma pauperis status. Because a dismissal without prejudice is not generally appealable, we dismiss the appeal. See Domino Sugar Corp. v. Sugar Worker's Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

We note that the district court incorrectly stated that Thacker did not return the "consent to collection of fees." The record reflects that Thacker did return the form, but due to her misunderstanding of the form, she returned it unsigned and attached to a letter stating that she did not believe it applied to her. Thacker may refile her § 1983 complaint and is reminded that she must sign and complete a "consent to collection of fees" form in order to qualify for in forma pauperis status. We also note that the applicable statute of limitations will continue to run on her claim. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2